**Order entered August 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01317-CV

### THE ESTATE OF MAX D. HOPPER, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## ORDER

By order dated July 23, 2019, we struck volumes 10, 12-15, 17-18, and 20 of the reporter's record and ordered the court reporter to file, by August 12, 2019, corrected volumes incorporating into each of those volumes the contents of the video clips as identified by the parties in their stipulation. Before the Court is the request of Jackie Galindo, Official Court Reporter for Probate Court No. 1, for a two-week extension of time to comply with this Court's July 23rd order. We **GRANT** the request and extend the time to **August 26, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Galindo and all parites.

/s/     KEN MOLBERG
JUSTICE